JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SIMI VALLEY; and DOES 1 to 101,<br><br>    Defendant. | Case No. 2:23-cv-09566 RGK (Ex)<br><br>**(~~PROPOSED~~) FINAL JUDGMENT ON DEFENDANT CITY OF SIMI VALLEY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[27]**<br><br>**Judge:  R. Gary Klausner** |

The Court having granted Defendant's Motion for Summary Judgment against Plaintiff Bruce Boyer on his First Amended Complaint, hereby enters Judgment in favor of Defendant City of Simi Valley on each of Plaintiff's causes of action for Violation of 42 U.S.C. Section 1983, Failure To Perform Mandatory Duty Under California Government Code Section 815.6, Declaratory Relief, and Injunctive Relief. The Court entered its Order ("Order") granting Summary Judgment on August 12, 2024 (Doc. 38).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Judgment is entered in favor of Defendant City of Simi Valley and against Plaintiff Bruce Boyer in accordance with the Order;

2.    Plaintiff shall take nothing by his First Amended Complaint filed on January 26, 2024;

3.      Plaintiff Bruce Boyer is denied declaratory and injunctive relief, and is entitled to no relief;

4.      All of Plaintiff's claims in this action are dismissed with prejudice;

5.      In accordance with Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered in favor of Defendant City of Simi Valley and against Plaintiff Bruce Boyer consistent herewith, as of the date the Clerk notates this Judgment in the civil docket; and,

6.      Defendant City of Simi Valley is allowed costs upon application to the Clerk of the Court pursuant to Rule 54 of the Federal Rules of Civil Procedure.

All pending dates are vacated.  The Clerk shall close this case.

This is a final judgment.

DATED:  8/20/2024

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Case No. 2:23-cv-09566 RGK (Ex)